| CDIL PROB 22 (Rev. 4/97) | TRANSFER OF JURISDICTION  MAGISTRATE JUDGE VALDEZ  JUDGE DARRAH | | DOCKET NUMBER (Tran. Court) 0753/5 05-20024-001 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:  Adewuyi "Eddie" Arojojoye | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | | DIVISION  Urbana |
| | NAME OF SENTENCING JUDGE  Michael P. McCuskey | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/10/08 | TO 01/09/2011 |

08CR 0096

OFFENSE

Mail Fraud 18:1341; Aggravated Identity Theft 18:1028A

RECEIVED JAN 22 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois/Chicago upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/15/08
Date

_Michael P. McCuskey_
Michael P. McCuskey
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/CHICAGO

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 30 2008
Effective Date

_James F. Holderman_
United States District Judge

FILED
1-31-08
JAN 31 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT